UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PROCTER & GAMBLE AEROSOL
PRODUCTS MARKETING AND SALES PRACTICES
LITIGATION

**1:21-CV-06725**

MDL No. 3025

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −1)

On April 7, 2022, the Panel transferred 8 civil action(s) to the United States District Court for the Southern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2022). Since that time, no additional action(s) have been transferred to the Southern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Michael H. Watson.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Ohio and assigned to Judge Watson.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of Ohio for the reasons stated in the order of April 7, 2022, and, with the consent of that court, assigned to the Honorable Michael H. Watson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 18, 2022

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION





IN RE: PROCTER & GAMBLE AEROSOL
PRODUCTS MARKETING AND SALES PRACTICES
LITIGATION                                                                                          MDL No. 3025

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| FLORIDA MIDDLE | | | |
| FLM | 6 | 22−00056 | Martinez v. The Proctor & Gamble Company |
| FLORIDA SOUTHERN | | | |
| FLS | 1 | 21−24426 | Clayton v. The Proctor & Gamble Co. |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 21−06725 | Bernsee et al v. The Procter & Gamble Company |
| ILLINOIS SOUTHERN | | | |
| ILS | 3 | 21−01723 | Dethrow v. Procter & Gamble Company |
| MASSACHUSETTS | | | |
| MA | 1 | 21−12057 | Hudnall v. The Procter & Gamble Company |
| NEW YORK EASTERN | | | |
| NYE | 1 | 21−06934 | Freund v. The Procter & Gamble Company |
| NEW YORK SOUTHERN | | | |
| NYS | 1 | 21−11212 | Asencio v. Proctor & Gamble Company |
| PENNSYLVANIA WESTERN | | | |
| PAW | 3 | 21−00216 | LABELLA v. THE PROCTER & GAMBLE COMPANY |
| SOUTH CAROLINA | | | |
| SC | 3 | 22−00080 | Hernandez v. Procter & Gamble Company, The |